## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| vs. | CASE: 18-61059MP |
| | Citizenship: INDIA |
| Dilpreet Singh | DOA: 05/16/2018 |
| YOB: 1993 | |

I state that I am a Border Patrol Agent and that this complaint is based on the following facts:
That on or about May 16, 2018, near San Luis, Arizona in the District of Arizona, Defendant Dilpreet SINGH, an alien, did intentionally attempt to enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1) (Misdemeanor).

On or about May 16, 2018, the Defendant, a citizen of India, specifically intended to illegally enter the United States and was encountered by Border Patrol agents near San Luis, Arizona. When the Defendant attempted to enter the United States, the Defendant displayed an intent to be free from official restraint. Agents observed the Defendant #DOING WHAT? PICK ONE DELETE THE REST# running before spotting the Border Patrol agents, hiding, running away from the Border Patrol agents, attempting to evade apprehension by Border Patrol agents, entering at night under the cover of darkness. When questioned, the Defendant admitted to attempting to enter the United States to travel to #DESTINATION#. The Defendant was questioned as to citizenship and immigration status. Agents determined that the Defendant is an undocumented National of India and had attempted to illegally enter the United States. The Defendant was transported to the Border Patrol station for processing. During processing, through questioning and computer records checks, the above criminal and immigration information was obtained about this Defendant.

| | |
|---|---|
| File Date: 05/17/2018 | at Yuma, Arizona |
| | Postponed |

Rafael Flores, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date signed: 05/17/2018

**James F. Metcalf**
**United States Magistrate Judge**

FBI Number: JAAJ0E5KM

Magistrate Information Sheet

Complaint: Dilpreet Singh

Criminal History: NONE

Immigration History: NONE